UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:25-cv-12116 |
| DO2 LOGISTICS LLC and MUHAREM HUSEINOVIC | ) ) ) ) |
| Defendants. | ) ) |

## GREAT WEST CASUALTY COMPANY'S NOTICE OF DISMISSAL OF AN ACTION WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Great West Casualty Company hereby dismisses, without prejudice, this action against Defendant DO2 Logistics LLC and Defendant Muharem Huseinovic, with all parties to bear their own respective attorneys' fees, costs and expenses.

Dated: October 20, 2025

GREAT WEST CASUALTY COMPANY

By: */s/ William K. McVisk*
One of its Attorneys

William K. McVisk
Kari A. Shane
TRESSLER LLP
233 South Wacker Drive – 61st Floor
Chicago, Illinois 60606-6399
Tel: (312) 627-4000
Fax: (312) 627-1717
WMcVisk@tresserllp.com
KShane@tresslerllp.com
Attorneys for Plaintiff Great West Casualty Company

1